# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMALIA CRINA KLINE, | : | Civil No. 3:19-cv-1300 |
| Plaintiff | : | (Judge Mariani) |
| v. | : | |
| SCI - DOC MUNCY, | : | |
| Defendant | : | |

FILED
SCRANTON
SEP 2 5 2019
PER _____
DEPUTY CLERK

## ORDER

**AND NOW**, this 25th day of September, 2019, in accordance with the Memorandum of the same date, **IT IS HEREBY ORDERED THAT:**

1. Plaintiff's motion to proceed *in forma pauperis* is **GRANTED** for the sole purpose of the filing of this action. (Doc. 2).

2. The complaint (Doc. 1) is **DISMISSED**.

3. The Clerk of Court is directed to **CLOSE** this case.

4. Any appeal from this Order is **DEEMED** frivolous and not in good faith. *See* 28 U.S.C. § 1915(a)(3).

Robert D. Mariani
United States District Judge